# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| CASSANDRA BRYANT CRAWFORD<br><br>v.<br><br>CITY OF DALAS, et al. | §<br>§<br>§  CIVIL ACTION NO. 3:25-CV-1758-S-BK<br>§<br>§<br>§<br>§ |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court **GRANTS** Defendants Mark Adams, Perry Kilgo, and Texas Receivership Group LLC's Motion to Dismiss [ECF No. 43], and Defendants City of Dallas and Emily Worland's Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 52].

**SO ORDERED.**

SIGNED January 21, 2026.

UNITED STATES DISTRICT JUDGE