# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| CASSANDRA BRYANT CRAWFORD | § § § |
| v. | § § CIVIL ACTION NO. 3:25-CV-1758-S-BK § § |
| CITY OF DALAS, et al. | § § |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The Clerk of the Court is **DIRECTED** to close this case.

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED January 21, 2026.

_____
**UNITED STATES DISTRICT JUDGE**